1  MARK D. BRUTZKUS, SBN 128102
2  LUIS A. GARCIA, SBN 146876
   EZRA | BRUTZKUS | GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, California  91367
4  Telephone: 818-827-9000
   Facsimile:  818-827-9099
5  E-mail:     mbrutzkus@ebg-law.com
               lgarcia@ebg-law.com

6  Attorneys for Plaintiff
7  ABSOLUTE TEXTILES, INC.

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ABSOLUTE TEXTILE, INC., a California corporation, | CASE NO.:  CV 07-02006 MMM (FMOx) |
| Plaintiff, | [Assigned to Hon. Margaret M. Morrow] |
| vs. | [~~Proposed~~] |
| MACY'S MERCHANDISING GROUP, INC, a Delaware corporation; MACY'S DEPARTMENT STORES, an Ohio corporation doing business as MACY'S WEST; FEDERATED DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | **ORDER ON STIPULATION OF DISMISSAL** |
| Defendants. | |

1
ORDER ON STIPULATION OF DISMISSAL

Having reviewed and considered the stipulation by and between plaintiff ABSOLUTE TEXTILE, INC., a California corporation (hereafter referred to as the "Plaintiff") and defendants MACY'S MERCHANDISING GROUP, INC., a California corporation, MACY'S DEPARTMENT STORES, an Ohio corporation doing business as MACY'S WEST and MACY'S INC. f/k/a FEDERATED DEPARTMENT STORES, a Delaware corporation (hereafter collectively referred to as the "Defendants") that pursuant to the terms of a written settlement agreement:

1. The complaint for copyright infringement and unfair competition filed by Plaintiff against Defendants is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice;

2. Each side shall bear its own legal fees and court costs; and

3. The parties to said stipulation agree and stipulate that the Court shall retain jurisdiction over each of them to enforce the terms of the written settlement agreement.

**IT IS SO ORDERED.**

Dated: February 20, 2008

*Margaret M. Morrow*
HON. MARGARET M. MORROW
UNITED STATES DISTRICT COURT

2
ORDER ON STIPULATION OF DISMISSAL